No. 66585.—Keuffel & Esser Co. v. United States, protests 60/5780, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of drawing instrument cases similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

No. 66586.—Inter-Maritime Forwarding Co., Inc., and I. Freeman & Son, Inc. v. United States, protests 181003–K and 194954–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabra similar in all material respects to those the subject of Abstract 62036, except that the merchandise assessed with duty at 30 percent is composed in chief value of copper, not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.

No. 66587.—Durst Mfg. Co., Inc. v. United States, protest 61/10591 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of brass water mixers similar in all material respects to those the subject of Davies, Turner & Company v. United States (47 C.C.P.A. 129, C.A.D. 744), the claim of the plaintiff was sustained.